IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFFREY D. PRATTE,**

**Plaintiff,**

**v.**

**ELIZABETH WEUBBELS, M.D.,**

**Defendant.** No. 08-CV-0530-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's notice of voluntary dismissal (Doc. 3). The Court **ACKNOWLEDGES** the dismissal and **DISMISSES without prejudice** Plaintiff's cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 15th day of September, 2008.

/s/        David R Herndon
Chief Judge
United States District Court